# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| PERRY ASHELMAN,<br><br>                Plaintiff,<br><br>  v.<br><br>D. VAN OGLE, *et al.*,<br><br>                Defendants. | NO. C09-5389 BHS/KLS<br><br>ORDER GRANTING STIPULATED MOTION FOR ORDER CONTINUING NOTING DATE FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

Before the Court is the Stipulated Motion (Dkt. 30) for an order continuing the noting date for Plaintiff's Motion for Summary Judgment (Dkt. 29). Having reviewed the stipulation and balance of the record, it is **ORDERED:**

(1) The parties' stipulated motion (Dkt. 30) is **GRANTED**.

(2) Plaintiff's Motion for Summary Judgment (Dkt. 29) shall be **re-noted for May 14, 2010.**

(3) The Clerk is directed to send copies of this order to Plaintiff and counsel for Defendants.

**DATED** this 12th day of March, 2010.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER       1