# United States District Court

WESTERN DISTRICT OF WASHINGTON

PERRY ASHELMAN

v.

D VAN OGLE, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5389BHS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation;

The Court **ORDERS** that the Defendants' motion for summary judgment (Dkt. 27) is **GRANTED**; and

The Court **ORDERS** that the case be **DISMISSED WITH PREJUDICE**; thus Plaintiff's motion for summary judgment (Dkt. 29) is **DENIED** as moot.

| | |
|---|---|
| June 8, 2010 | BRUCE RIFKIN |
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |